AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| COMMODITY FUTURES TRADING COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-00173-LGS |
| AVRAHAM EISENBERG | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commodity Futures Trading Commission.

Date: 01/10/2023

s/ K. Brent Tomer
*Attorney's signature*

K. Brent Tomer KT2438
*Printed name and bar number*

Commodity Futures Trading Commission
Ted Weiss Federal Building
290 Broadway, Suite 600
New York, NY 10007
*Address*

ktomer@cftc.gov
*E-mail address*

(646) 746-9738
*Telephone number*

(646) 746-9888
*FAX number*