UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Commodity Futures Trading Commission

                                        **Plaintiff**

Case No.: 1:23-cv-00173

*vs.*

**Avraham Eisenburg**

                                        **Defendant**

## AFFIDAVIT OF SERVICE

I, Willie Pryor, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons and Complaint for Injunctive and Other Equitable Relief and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations in the above entitled case.

That on 02/17/2023 at 10:00 AM, I personally served Avraham Eisenburg with the Summons and Complaint for Injunctive and Other Equitable Relief and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations at Essex County Correctional Facility, 354 Doremus Avenue, Newark, New Jersey 07105.

Avraham Eisenburg is described herein as:

Gender: Male   Race/Skin: White   Age: 27   Weight: 150   Height: 5'9"   Hair: Brown/Red   Glasses: No

I declare under penalty of perjury that this information is true and correct.

2/17/23
Executed On

*Willie Pryor*
Willie Pryor

Client Ref Number:N/A
Job #: 1614491

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Commodity Futures Trading Commission | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 23-cv-00173 |
| Avraham Eisenberg | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Avraham Eisenberg
1126 Ashford Ave. Apt. PH2
San Juan, Puerto Rico, 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John C. Murphy, Jacob Mermelstein, K. Brent Tomer
290 Broadway, 6th Floor
New York, New York, 10024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/10/2023

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*