UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

COMMODITY FUTURES TRADING COMMISSION,
          Plaintiff,

        - against -                              ECF Case

AVRAHAM EISENBERG,                  No. 23 Civ. 173 (LGS)
          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,
          Plaintiff,

        - against -                              ECF Case

AVRAHAM EISENBERG,                  No. 23 Civ. 503 (LGS)
          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that upon the Complaints in the above-captioned action; the Indictment in criminal case *United States v. Avraham Eisenberg*, 23 Cr. 10 (RMB); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court under Rule 24 of the Federal Rules of Civil Procedure, for an order authorizing intervention by the United States and staying civil proceedings until the conclusion of the parallel criminal case,

*United States v. Avraham Eisenberg*, 23 Cr. 10 (RMB), and for such other relief as the Court deems just and proper.

Dated: New York, New York
       March 10, 2023

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

              By:      /s/   Thomas Burnett
                                  Thomas S. Burnett
                                  Assistant United States Attorney

For substantially the reasons stated in the Government's memorandum of law, the motion by the United States to intervene in both matters is GRANTED, and both matters are STAYED, including for purposes of discovery, until the conclusion of the criminal case, *United States v. Eisenberg*, 23 Crim. 10.

By two weeks after the conclusion of the criminal case, the parties in each case shall file a joint letter and a proposed civil case management plan and scheduling order as required by the Order scheduling the initial pretrial conference. The initial pretrial conferences scheduled for March 29, 2023 are ADJOURNED sine die.

Dated: March 13, 2023
New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE